| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | Muriel B. Kaplan (SBN 124607)<br>Michele R. Stafford, Esq. (SBN 172509)<br>SALTZMAN & JOHNSON LAW CORPORATION<br>44 Montgomery Street, Suite 2110<br>San Francisco, CA 94104<br>Telephone: (415) 882-7900<br>Facsimile: (415) 882-9287<br>mkaplan@sjlawcorp.com<br>mstafford@sjlawcorp.com |
| 6 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F. G. CROSTHWAITE, et al., as Trustees of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br>v.<br><br>THE BEEBE CORPORATION, a California Corporation; ELIZABETH SOPHIA BEEBE and LOREN IRA BEEBE (*aka* LOREN BEEBE AGGREGATE & ENGINEERING), Individually as its Personal Guarantors;<br><br>BEEBE DIVERSIFIED LP, a California Limited Partnership; ELIZABETH SOPHIA BEEBE, its General Partner; TRAVERSE GROUP LLC, its Limited Partner,<br><br>Defendants. | Case No.: C12-1874 CRB<br><br>**NOTICE OF VOLUTARY DISMISSAL, WITHOUT PREJUDICE, AS TO DEFENDANT <u>TRAVERSE GROUP LLC</u> ONLY** |

PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1), Plaintiffs OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al., voluntarily dismiss, without prejudice, their claim against Defendant TRAVERSE GROUP LLC only. Plaintiffs have not previously filed or dismissed any similar action against Defendant Traverse Group LLP.

Defendant Traverse Group LLC has not been served in this action.

On June 1, 2012, a Judgment Pursuant to Stipulation was entered by the Court against Defendants THE BEEBE CORPORATION and BEEBE DIVERSIFIED LP.  [Dkt. No. 11.] Therefore, Plaintiffs' action remains against Defendants THE BEEBE CORPORATION and BEEBE DIVERSIFIED LP, as well as Defendants ELIZABETH SOPHIA BEEBE, LOREN IRA BEEBE (*aka* LOREN BEEBE AGGREGATE & ENGINEERING), and ELIZABETH SOPHIA BEEBE, as General Partner of Beebe Diversified LP, only.

Plaintiffs therefore dismiss Defendant TRAVERSE GROUP LLC from this action, and request that the Court retain jurisdiction over this matter.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above-entitled action, and that the foregoing is true of my own knowledge.

Executed this 12th day of October, 2012, at San Francisco, California.

                                                           SALTZMAN & JOHNSON
                                                           LAW CORPORATION

                                          By:  /S/Muriel B. Kaplan
                                                  Muriel B. Kaplan
                                                  Attorneys for Plaintiffs

IT IS SO ORDERED.

Based on the foregoing, and GOOD CAUSE APPEARING, Defendant Traverse Group LLC is hereby dismissed from this action without prejudice.  The Court shall retain jurisdiction over this matter.

Date: October 15, 2012

                                          THE HONORABLE CHARLES R. BREYER
                                          UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Charles R. Breyer* (seal: United States District Court, Northern District of California)

-2-
NOTICE OF VOLUNTARY DISMISSAL RE DEFENDANT TRAVERSE GROUP LLC ONLY
Case No.: C12-1874 CRB
P:\CLIENTS\OE3CL\Beebe Corporation\Pleadings\C12-1874 CRB Notice of Voluntary Dismissal re Traverse Group 101212.DOC